RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE ___10___,___12___,___07___
BY _____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM. NO. 04-50008-01** |
| **VERSUS** | **JUDGE DONALD E. WALTER** |
| **THOMAS A. BAIN** | **MAGISTRATE JUDGE PAYNE** |

## O R D E R

Before this Court is a Motion to Relate Back to Amendments Pursuant to Rule 15(c)(2) of

the FRCP [Doc. #71] and a Supplemental Motion to Relate Back to Amendments Pursuant to Rule

15(c)(2) of the FRCP [Doc. #76], filed by defendant, Thomas A. Bain.

**IT IS ORDERED** that defendant's motions [Doc. #s 71 & 76] be and are hereby **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this _12_ day of October, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE