U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

NOV 0 5 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION NO. 06-1428** |
| | **CRIM. NO. 04-50008-01** |
| **VERSUS** | **JUDGE DONALD E. WALTER** |
| **THOMAS A. BAIN** | **MAGISTRATE JUDGE HORNSBY** |

## O R D E R

**IT IS ORDERED** that the Motion to Relate Back to Amendments Pursuant to Rule 15(c)(2) of the FRCP [Doc. #84] filed by defendant, Thomas A. Bain, be and is hereby **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this __5th__ day of November, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE